# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EFRAIN LOZANO,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER DARIUS JAMSETJEE,<br><br>    Defendant. | Case No. 21-cv-2008-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 11] |

Plaintiff David Efrain Lozano and Defendant Officer Darius Jamsetjee jointly move to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a). *See* Doc. No. 11. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the action in its entirety with prejudice. Each party must bear its own costs and attorneys' fees. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: June 1, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge